In the Matter of MAX BROWN, Appellant.
NEW YORK COUNTY LAWYERS' ASSOCIATION, Respondent.

Submitted February 23, 1939; decided April 4, 1939.

*Max Brown*, appellant, in person.
*John Kirkland Clark* and *George R. Adams* for respondent.
Order affirmed; no opinion.

Concur: CRANE, Ch. J., LEHMAN, O'BRIEN, HUBBS, LOUGHRAN and RIPPEY, JJ. Taking no part: FINCH, J.